trial court erred in determining the controversy on its merits it follows that any issue raised by plaintiff on its cross appeal is moot.

For the foregoing reasons the judgment of the Circuit Court of Cook County is reversed and remanded with directions that the petition for writ of *mandamus* be dismissed.

Reversed and remanded with directions.

ALLOY and RYAN, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HUGH DABNER, Defendant-Appellant.

(Nos. 54439-54637 cons.;

First District—January 11, 1971.

Opinion by Mr. JUSTICE LYONS.

Walter LaVon Pride, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane, Robert A. Novelle, and Roger Matelski, Assistant State's Attorneys, of counsel,) for the People.